IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:21-cv-00651-MR

| | | |
|---|---|---|
| **CHARLES B. RANDOLPH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **GARY L. MCFADDEN,** | ) | **ORDER** |
| | ) | |
| **Respondent.** | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Petitioner filed this action pursuant to 28 U.S.C. § 2241 while he was incarcerated at the Mecklenburg County Jail. [Doc. 1]. A recent mailing to Petitioner from the Court was returned as undeliverable, stamped "Return to Sender … Unable to Forward," and "Not in Mecklenburg County Jail System." [Doc. 5 at 1].

It appears that the Petitioner's address has changed, and that he has not filed a Notice of Change of Address with this Court. It therefore appears that the Petitioner may have abandoned this action.

The Petitioner shall, within **ten (10) days** of this Order, update his address of record and inform the Court whether he intends to proceed with

this action. Failure to comply with this Order will result in dismissal of this action without prejudice and this case's closure without further notice.

**IT IS, THEREFORE, ORDERED** that the Petitioner **shall have ten (10) days from the date of this Order** in which to update his address of record and inform the Court whether he intends to proceed with this action. If the Petitioner fails to do so, this case will be dismissed without prejudice and closed without further notice.

**IT IS SO ORDERED**.

Signed: February 8, 2022

Martin Reidinger
Chief United States District Judge

2

Case 3:21-cv-00651-MR   Document 6   Filed 02/08/22   Page 2 of 2