# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **CHARLES B RANDOLPH,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:21-cv-00651-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **GARY L. MCFADDEN,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2022 Memorandum of Decision and Order.

March 17, 2022

Frank G. Johns, Clerk
United States District Court